**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHARLES ALLEN,

     Plaintiff,                                                            CASE NO. 6:11-cv-00332

v.

RECEIVABLES PERFORMANCE MANAGEMENT, LLC,

     Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

     CHARLES ALLEN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and

pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without

Court Order) voluntarily dismisses, with prejudice, RECEIVABLES PERFORMANCE

MANAGEMENT, LLC (Defendant), in this case.

     RESPECTFULLY SUBMITTED,

     By: _/s/ Shireen Hormozdi_____
          Shireen Hormozdi, Esq.
          FBN: 882461
          KROHN & MOSS, LTD.
          10474 Santa Monica Blvd, Suite 401
          Los Angeles, CA 90025
          T: (323) 988-2400 ext. 267
          F: (866) 802-0021
          shormozdi@consumerlawcenter.com
          *Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **VOLUNTARY DISMISSAL** was sent via First Class Mail to the address below:

Andrew D. Shafer
SIMBURG KETTER SHEPPARD & PURDY, LLP
Suite 2525
999 Third Avenue
Seattle, Washington 98104


Dated:  August 26,2011                        By:  _/s/ Shireen Hormozdi___ _____
                                                      Shireen Hormozdi, Esq.
                                                      FBN: 882461
                                                      KROHN & MOSS, LTD.
                                                      10474 Santa Monica Blvd, Suite 401
                                                      Los Angeles, CA 90025
                                                      T: (323) 988-2400 ext. 267
                                                      F: (866) 802-0021
                                                      shormozdi@consumerlawcenter.com
                                                      *Attorney for Plaintiff*